UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. V-12-52 |
| | § | |
| MARK W GREER | § | |

# **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)  There is a serious risk that the defendant will not appear; and

(2)  There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant is substantial. The findings and conclusions contained in paragraphs one through six of the Pretrial Services Report are adopted. The defendant had firearms in his home in violation of the protective order. He tried to purchase firearms and ammunition while under a bond order for a family violence case, and while under a protective order that clearly stated he could not possess firearms. He has demonstrated he is either unwilling or unable to comply with court-ordered conditions of release. This order may be reconsidered if the affected family members do not believe that the defendant represents a danger to himself or others.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 20th day of August, 2012.

B. JANICE ELLINGTON
United States Magistrate Judge